IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAKSHMIAGAMANI ALLAM, et al.<br>          Plaintiffs,<br><br>        vs.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>          Defendant. | **8:21CV90**<br><br>**ORDER** |

IT IS ORDERED that the motion at Filing No. 59, construed as a motion to withdraw George M. Padis as counsel of record for Defendant, is granted. George M. Padis shall no longer receive electronic notice in this case.

The Clerk shall enter the appearance of Lynnett M. Wagner as counsel for Defendant.

Dated this 12th day of March, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge